## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | PETITION TO OPEN JUVENILE RECORDS |
| vs. | ) | |
| | ) | DOCKET NO. CR 18-70-GF-BMM |
| TRISTEN JACE GONE | ) | |
| | ) | |
| Defendant. | ) | |

Whereas the above-named defendant pled guilty before the United States District Court to Domestic Abuse by a Habitual Offender, the Petitioner requests all juvenile records pertaining to the defendant including law enforcement records, 17th Judicial District Court records, Blaine County District Court records, 17th Judicial District Youth Court Services and Probation records, Montana Department of Public Health and Human Services records; Copper Hills Youth Center (Utah) and any juvenile residential therapeutic placement records, Fort Belknap Tribal Court records, medical records, and any alcohol/drug and mental health treatment records be made available for the purpose of preparing a Presentence Investigation Report for the Court.

Respectfully submitted,

_____ 12/17/18
Antoinette M. Wells           Date
United States Probation Officer

## ORDER

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order the inspection and release of pertinent juvenile records concerning **TRISTEN JACE GONE** to United States Probation and shall include law enforcement records; youth records from the 17th Judicial District Court, Blaine County District Court, and 17th Judicial District Youth Court Services and Probation; Montana Department of Public Health and Human Services records; Copper Hills Youth Center (Utah) and any juvenile residential therapeutic placement records, Fort Belknap Tribal Court records, medical records, and any alcohol/drug and mental health treatment records for purposes of preparing the Presentence Investigation Report.

DATED this 18th day of December, 2018.

_____
Brian Morris