# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-18-70-GF-BMM** |
| Plaintiff, | |
| vs. | |
| TRISTEN JACE GONE, | **ORDER** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 9, 2021. (Doc. 42.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 8, 2021. (Doc. 37.) The United States accused Gone of violating his conditions of supervised release 1) by failing to complete his 180-day term at the Great Falls Residential Re-entry Center; 2) by having contact with the victim in this case; and 3) by committing another crime. (Doc. 36.)

At the revocation hearing, Gone admitted to violating the conditions of his supervised release 1) by failing to complete his 180-day term at the Great Falls Residential Re-entry Center and 2) by having contact with the victim in this case. Judge Johnston dismissed alleged violation 3 on the government's motion. (Doc. 37.) Judge Johnston found that the violations Gone admitted proved to be serious and warranted revocation, and recommended that Gone receive a custodial sentence of 5 months with 19 months of supervised release to follow. (Doc. 42.) Gone was advised of his right to appeal and his right to allocute before the undersigned. (Doc. 37.) The violations prove serious and warrant revocation of Gone's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 42) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Tristen Jace Gone be sentenced to the custody of the

United States Bureau of Prisons for 5 months, with 19 months of supervised release to follow.

DATED this 24th day of June, 2021.


_____
Brian Morris, Chief District Judge
United States District Court