# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TRISTEN JACE GONE, <br><br> Defendant. | Case No. CR 18-70-GF-BMM <br><br> ORDER TO AMEND MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

Upon Defendant Tristen Jace Gone's Motion to Amend the Magistrate's Findings and Recommendations, Government Counsel having no objections and good cause appearing;

IT IS HEREBY ORDERED that the Findings and Recommendations of the United States Magistrate Judge (doc. 53) be amended to make clear that Mr. Gone violated his conditions of release by failing to register as a violent offender and not a sex offender.

IT IS FUTHER HEREBY ORDERED that the final revocation hearing set for Tuesday, February 15, 2022, at 1:30 p.m., is VACATED.

DATED this 14th day of February, 2022.

_____
Brian Morris, Chief District Judge
United States District Court