**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-18-70-GF-BMM** |
| Plaintiff, | |
| vs. | |
| TRISTEN JACE GONE, | **ORDER** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Amended Findings and Recommendations in this matter on February 14, 2022. (Doc. 58.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on January 25, 2022. (Doc. 49.)  The United States accused Gone of violating his conditions of supervised

release 1) by using marijuana; 2) by consuming alcohol; by failing to register as a violent offender; and 4) by failing to notify his probation officer of a change in residence.  (Doc. 46.)

At the revocation hearing, Gone admitted that he had violated the conditions of his supervised 1) by using marijuana; 2) by consuming alcohol; by failing to register as a violent offender; and 4) by failing to notify his probation officer of a change in residence.  (Doc. 63.)  Judge Johnston found that the violations Gone admitted proved to be serious and warranted revocation, and recommended that Gone receive a custodial sentence of 6 months, with 13 months supervised release to follow. (Doc. 58.)  Gone was advised of his right to appeal and his right to allocute before the undersigned.  (Doc. 49.)  The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Amended Findings and Recommendations (Doc. 58) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Tristen Jace Gone be sentenced to the Bureau of Prisons for 6 months, with 13 months of supervised release to follow.

DATED this 14th day of February, 2022.

Brian Morris, Chief District Judge
United States District Court