IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>TRISTON JACE GONE,<br><br>Defendant. | CR-18-70-GF-BMM<br><br><br><br>ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 5, 2022. (Doc. 69.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on August 4, 2022. (Doc. 65.) The United States accused Tristen Gone (Gone) of violating his conditions of supervised release 1) by committing another crime; and 2) by consuming alcohol. (Doc. 62.)

At the revocation hearing, Gone admitted that he had violated the conditions of his supervised release 1) by committing another crime; and 2) by consuming alcohol. (Doc. 65.)  Judge Johnston found that the violations Gone admitted proved to be serious and warranted revocation, and recommended that Gone receive a custodial sentence of 8 months, with no supervised release to follow. (Doc. 69.) Gone was advised of his right to appeal and his right to allocute before the undersigned.  (Doc. 65.)

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 69) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Tristen Jace Gone be sentenced to the Bureau of Prisons for 8 months, with no supervised release to follow.

DATED this 23rd day of August, 2022.

_____
Brian Morris, Chief District Judge
United States District Court